OPINION — AG — **** POLICE RETIREMENT — CREDIT FOR OTHER LAW ENFORCEMENT SERVICE ***** PURSUANT TO THE PROVISIONS OF 11 O.S. 1969 Supp., 541 [11-541](K), A POLICE OFFICER MAY CREDIT, TOWARD A DISABILITY ALLOWANCE, SERVICE IN OKLAHOMA AS SHERIFF OR DEPUTY OR MEMBER OF THE OKLAHOMA HIGHWAY PATROL. CITE: 11 O.S. 1963 Supp., 541 [11-541](A), 11 O.S. 1969 Supp., 541 [11-541](1) (MIKE D. MARTIN)